UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:

| | |
|---|---|
| JAREL MATTHEW KOWALENKO<br>SSN: xxx-xx-5746 | CASE NUMBER:   06-30242<br>CHAPTER 13 |
| BAMBI RENEE KOWALENKO<br>SSN: xxx-xx-1585<br>Debtors | |

---

**NOTICE TO JAREL MATTHEW KOWALENKO AND BAMBI RENEE KOWALENKO THAT $794.52 HAS BEEN DEPOSITED INTO THE COURT'S UNCLAIMED FUND ACCOUNT IN TREASURY FUND #6047BK**

---

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to Jarel Matthew Kowlenko and Bambi Renee Kowlenko, debtors herein, and deposits $794.52 into the Court Clerk's Unclaimed Funds Account in Treasury Account #6047BK.

1. That the debtors' case was dismissed on November 18, 2010, and the case was closed February 15, 2011.

2. That the last known address for Jarel Matthew Kowlenko and Bambi Renee Kowlenko was:

    116 Farm Drive, Apt. B.            c/o Christopher C. Crawford
    Middlebury, IN 46540               505 South 3rd Street, Suite 100
                                       Elkhart, IN 46516

3. That the debtors did not cash the Trustee's disbursement check number 694138, dated December 31, 2010 in the amount of $529.68, and it has been voided.

4. That subsequent disbursement check number 694138, dated May 31, 2011 in the amount of $529.68, was not cashed and was voided because it had expired.

5. That any objections to said Deposit should be made in writing with the Court Clerk.

Dated: October 20, 2011

/s/ Debra L. Miller,
Debra L. Miller, Trustee
P.O. Box 11550
South Bend, IN 46634
(574) 251-1493

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice was served as follows on October 20, 2011

By U.S. Mail postage prepaid
Debtors: Jarel Matthew Kowlenko and Bambi Renee Kowlenko, 116 Farm Road Drive, Apt. B., Middlebury, IN 46540

By electronic mail via CM/ECF:
Debtors' Attorney: Christopher C. Crawford
U.S. Trustee: ustregion10.so.efc@usdoj.gov

/s/ Harriette M. King
Harriette M. King